PER CURIAM.
Affirmed. Breedlove v. State, 580 So.2d 605 (Fla.1991); State v. Boatwright, 559 So.2d 210 (Fla.1990); Livingston v. State, 565 So.2d 1288 (Fla.1988); Rojas v. State, 552 So.2d 914 (Fla.1989); Darden v. State, 475 So.2d 214 (Fla.1985); Blanco v. State, 452 So.2d 520 (Fla.1984), cert. denied, 469 U.S. 1181, 105 S.Ct. 940, 88 L.Ed.2d 953 (1985); State v. Abreau, 363 So.2d 1063 (Fla.1978); State v. Bryan, 287 So.2d 73 (Fla.), cert. denied, 417 U.S. 912, 94 S.Ct. 2611, 41 L.Ed.2d 216 (1973); Moorehead v. State, 597 So.2d 841 (Fla. 3d DCA), review denied, 606 So.2d 1165 (Fla.1992), cert. denied, — U.S. -, 113 S.Ct. 1003, 122 L.Ed.2d 152 (1993); Bilinski v. State, 463 So.2d 424 (Fla. 3d DCA 1985); Ryan v. State, 457 So.2d 1084 (Fla. 4th DCA 1984), review denied, 462 So.2d 1108 (Fla.1985); § 784.07(3), Fla.Stat. (1989).